THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.*
EVERETT MCDONALD, Appellant.

Argued October 16, 1939; decided November 14, 1939.

*Meyer Alterman, Goerge Norton* and *Cornelius F. Collins,
Jr.,* for appellant.

*Thomas E. Dewey, District Attorney (Stanley H. Fuld*
and *Thomas Shaw Hale* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.

Concur: CRANE, Ch. J., LEHMAN, HUBBS, LOUGHRAN,
FINCH and RIPPEY, JJ. Taking no part: O'BRIEN, J.